**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

| | |
|---|---|
| In re: Tracey Marlene Winckler | Case No. 17-32368-KRH |
| Debtor | Chapter 13 |

**ORDER SETTLING DEBTOR'S**
**OMNIBUS OBJECTION TO CLAIMS 29-1, 31-1, AND 32-1**

Upon Debtor's Omnibus Objection to Claims number 29-1, 31-1, and 32-1 as originally filed by Portfolio Recovery Associates, LLC ("PRA"), and

Upon Debtor's allegation that PRA's claims violated Federal Rule of Bankruptcy 3001(c)(2)(A), and

Upon PRA's denial that its claims were false or fraudulent, and

Upon the parties' agreement that the Omnibus Objection to Claim should be treated as settled, and

Upon Debtor's consent to PRA withdrawing claims 29-1, 31-1, and 32-1 subject to PRA's agreement to pay Debtor's reasonable attorney fees of $685.00 pursuant to Federal Rule of Bankruptcy Procedure 3001(c)(2)(D), it is

ORDERED that Debtor's Omnibus Objection to PRA's claims number 29-1, 31-1, and 32-1 is SETTLED as set forth below; and it is further

ORDERED that within fourteen (14) days of the entry of this Order, PRA shall file with the Court a withdrawal of Claims number 29-1, 31-1, and 32-1; and it is further

Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

ORDERED that within fourteen (14) days of the entry of this Order, PRA shall tender funds in the amount of $685.00 to Boleman Law Firm, P.C., as payment of its reasonable attorney fees in this matter.

It is further ORDERED that the Clerk shall mail copies of this Order, once entered, to all parties on the attached service list.

Date: Feb 7 2018

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered on Docket: Feb 7 2018

I ask for this:

/s/ Mark C. Leffler
Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
2104 W. Laburnum Ave., Suite 201
Richmond, VA 23227
Telephone (804) 358-9900
Counsel for Debtor

Seen and Agreed:

/s/ Mark C. Leffler for Andrew B. Buxbaum w/permission via email
Andrew B. Buxbaum (VSB #46713)
Michael E. Lacy (VSB #48477)
Troutman Sanders LLP
Troutman Sanders Building
1001 Haxall Point
Richmond, VA  23219
Counsel for Portfolio Recovery Associates, LLC

Seen:

/s/ Mark C. Leffler for Suzanne E. Wade w/permission via email
Suzanne E. Wade, Chapter 13 Trustee

## **CERTIFICATION**

I certify that a copy of this Order has been endorsed by all necessary parties.

        /s/ Mark C. Leffler
        Counsel for Debtor(s)

## PARTIES TO RECEIVE COPIES

Boleman Law Firm, P.C.
2104 W. Laburnum Ave., Suite 201
Richmond, VA  23227

Portfolio Recovery Associates, LLC
c/o Andrew B. Buxbaum, Esquire
Michael E. Lacy, Esquire
Troutman Sanders LLP
Troutman Sanders Building
1001 Haxall Point
Richmond, VA  23219

Suzanne E. Wade, Esquire
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218

Tracey M. Winckler
10180 Purcell Road
Henrico, VA 23228